UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BAGGETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIVISION OF ADULT PAROLE CORRECTIONS AND REHABILITATION, MERCED, CA,<br><br>　　　　Defendant. | No.  2:24-cv-2107 SCR (PC)<br><br>ORDER |

  Plaintiff, who is confined in Atascadero State Hospital, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged violations took place in Merced County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

  Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.  In light of the potentially consequential screening process required by 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

////

1

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis (ECF No. 2);

2. This action is transferred to the Fresno Division of the United States District Court for the Eastern District of California; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: August 19, 2024

*/s/ Sean C. Riordan*
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2